DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>**TIMOTHY MILONAS**,<br><br>   Defendant.<br>_____ | 2:11-CR-280-PMP-VCF<br><br>MOTION TO WITHDRAW REQUEST FOR AN ORDER OF RESTITUTION AND <u>TO VACATE HEARING</u> |

       The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, requests that the Court enter an order allowing the government to withdraw, with prejudice, the government's request for an order of restitution, which was previously lodged against the defendant, and to vacate the hearing set to determine the amount of restitution due and

owing, which is scheduled for Tuesday, November 22, 2011 at 1:30 p.m.

DATED this _21st__ day of November, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

## O R D E R

Leave of Court is granted for the government to withdraw, with prejudice, its previous request for an order of restitution against Defendant Timothy Milonas, and it is further ordered that the hearing set for Tuesday, November 22, 2011 at 1:30 p.m. is hereby vacated.

DATED this _ 21st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
I, Kimberly M. Frayn, do hereby certify that I am an employee of the Organized Crime Strike Force, United States Attorney's Office, District of Nevada, and that on November 21, 2011, I served a copy of the following:

MOTION TO WITHDRAW
REQUEST FOR AN ORDER
OF RESTITUTION AND
TO VACATE HEARING

upon the defendant's counsel of record by electronic means through ECEMF

DATED: November 21, 2011        /s/Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney